UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JASKA K YOUNG,

                Plaintiff,

      -against-

DEPARTMENT OF CORRECTIONS;
RIKERS ISLAND; DOC OFFICER COHN,

                Defendants.

25-cv-1481 (LTS)

CIVIL JUDGMENT

For the reasons stated in the January 27, 2026, order, the Court dismisses this action, under Rule 41(b) of the Federal Rules of Civil Procedure, for failure to comply with the March 18, 2024 Standing Order. This dismissal is without prejudice to Plaintiff's filing a new civil action.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated:    January 29, 2026
           New York, New York

                    /s/ Laura Taylor Swain
                      LAURA TAYLOR SWAIN
               Chief United States District Judge